UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.   11-cr-00143-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  RICHARD DUANE THOBE,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, August 8, 2011,** and responses to these motions shall be filed by **Friday, August 19, 2011.**  It is

FURTHER ORDERED that a 4-day jury trial is set to commence **Tuesday September 6, 2011, at 9:00 a.m. in courtroom A-1002.**  Finally, it is

ORDERED that the parties shall promptly notify the Court if a hearing on motions and/or final trial preparation conference needs to be set.

Dated this 6th day of July, 2011.

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                WILEY Y. DANIEL
                                CHIEF UNITED STATES DISTRICT JUDGE