UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00143-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  RICHARD DUANE THOBE,

     Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     A Notice of Disposition was received in the above captioned matter on August 5, 2011.  Accordingly, the 4-day jury trial set to commence on Tuesday, September 6, 2011, at 9:00 a.m. is V**ACATED**.  A Change of Plea Hearing is **SET** for **Tuesday, September 20, 2011, at 10:00 a.m.** in Courtroom A-1002.

     **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.

     Dated:  August 8, 2011.