UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00143-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICHARD DUANE THOBE,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Change of Plea Hearing is **RESET** for **Tuesday, September 27, 2011, at 11:00 a.m.** Counsel for the government is permitted to appear via video teleconference.

    Dated: September 19, 2011.