UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00143-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  RICHARD DUANE THOBE,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     Due to a conflict, the Change of Plea Hearing set for Tuesday, September 27, 2011, at 11:00 a.m. is **RESET** to **Thursday, September 29, 2011, at 2:00 p.m., in courtroom A-1002.**  Counsel for the Government will still be permitted to appear via video conference.

     Dated:  September 20, 2011.