UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00143-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  RICHARD DUANE THOBE,

    Defendant.

## ORDER

Upon consideration of the Government's Motion to Dismiss Counts Two and Three of the Indictment (at Sentencing) (ECF Doc. No. 26), filed November 10, 2011, and for good cause shown, it is hereby

ORDERED that Government's Motion to Dismiss Counts Two and Three of the Indictment (at Sentencing) (ECF Doc. No. 26), filed November 10, 2011, is **GRANTED.** It is further

ORDERED that Counts Two and Three of the Indictment be dismissed with prejudice as to the defendant.

Dated:  January 3, 2012.

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            WILEY Y. DANIEL,
                            CHIEF UNITED STATES DISTRICT JUDGE